UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**ROY FLOYD,**

    **Plaintiff,**

v.           CASE NO. 3:20cv5560-MCR-HTC

**ANDALUSIA REGIONAL HOSPITAL,**

    **Defendant.**
_____/

# O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated July 9, 2020. ECF No. 4. The parties were provided a copy of the Report and Recommendation and were afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of those portions to which an objection was made.

Having considered the Report and Recommendation and all objections thereto timely filed, I conclude that the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation, ECF No. 4, is adopted and incorporated by reference in this Order.

2. Plaintiff's motion for leave to proceed *in forma pauperis*, ECF No. 2, is **DENIED**.

3. This case is **DISMISSED WITHOUT PREJUDICE** for Plaintiff's abuse of the judicial process and because he is a three-striker under 28 U.S.C. § 1915(g).

4. The clerk is directed to close this case file.

**DONE AND ORDERED** this 13th day of August 2020.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**